IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
DAVID E. LYONS, Jr.,            )
                                )
    Plaintiff,                  )
                                )      CIVIL ACTION NO.
    v.                          )      2:12cv278-MHT
                                )           (WO)
DARDEN RESTAURANTS, INC.,       )
d/b/a LONGHORN STEAKHOUSE,      )
                                )
    Defendant.                  )
```

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court:

(1) The joint motion for approval of amended settlement agreement (doc. no. 16) is granted.

(2) The amended settlement agreement is approved.

(3) This lawsuit is dismissed in its entirety with prejudice, with the parties to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 3rd day of July, 2014.

                                            /s/ Myron H. Thompson
                                       UNITED STATES DISTRICT JUDGE